# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

| | |
|---|---|
| WILLIE LAMAR HARTWELL, ) | |
| ) | |
| Petitioner - Appellant, ) | |
| ) | CA 10-17728 |
| vs ) | |
| ) | 2:07-CV-01371-KJD |
| DWIGHT NEVEN, *et al.*, ) | |
| ) | |
| Respondents- Appellee. ) | **ORDER** |

    Pursuant to the order of the Ninth Circuit, dated January 21, 2011, directing the appointment of counsel for the Appellant, IT IS HEREBY ORDERED that Assistant Federal Public Defender Ryan Norwood is appointed as counsel for WILLIE LAMAR HARTWELL for all further proceedings.

    Mr. Norwood's address is 411 East Bonneville Avenue, Suite 250, Las Vegas, Nevada 89101 and phone number is 702-388-6577.

    The clerk is directed to send a copy of this Order to the clerk of the Ninth Circuit at counselappointments@ca9.uscourts.gov.

DATED: February 2, 2011
Nunc Pro Tunc: January 27, 2011.

_____
United States District Judge